# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1999. JOHN F. WREFORD v. WESLEY ALLEN DAVIS et al.

In this negligence action, the trial court entered judgment in favor of plaintiff John F. Wreford in the amount of $3,512.80. Wreford filed a motion for judgment notwithstanding the verdict or, in the alternative, for new trial. The trial court denied the motion, and Wreford filed this direct appeal. We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedure to obtain appellate review. See OCGA § 5-6-35 (a) (6). Wreford's failure to follow the required procedure deprives us of jurisdiction to consider this appeal. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/22/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*